**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1223**

In Re:  RAYMOND EDWARD CHESTNUT, a/k/a Snoop, a/k/a Ray,

Petitioner.

On Petition for Writ of Mandamus.
(4:05-cr-01044-RBH-1; 4:16-cv-02013-RBH)

Submitted:  June 20, 2017                    Decided:  June 23, 2017

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Raymond Edward Chestnut, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Edward Chestnut petitions for a writ of mandamus, seeking to compel the district court to act on his Motion to Vacate Stay Order. Our review of the district court's docket reveals that the district court has denied the motion. Accordingly, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2